| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT NOMINATION FILING | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Phillips, Mary E. | 2. Court or Organization U.S District Court, Western District of Missouri | 3. Date of Report 06/07/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge | 5a. Report Type (check appropriate type) [✓] Nomination, Date 06/07/2011 [ ] Initial [ ] Annual [ ] Final 5b. [ ] Amended Report | 6. Reporting Period 1/1/2010 to 6/3/2011 |
| 7. Chambers or Office Address 400 East 12th Street Suite 5510 Kansas City, MO 64105 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 06/07/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | State of Missouri - Salary |
| 2. | 2011 | State of Missouri - Salary |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Exempt | | | | |
| 2 | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 06/07/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | Exempt | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities )*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Bank | Mortgage on Rental Property, Kansas City, Missouri (Pt. VII, Line 4) | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5 | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Country Club Bank Account | A | Interest | K | T | Exempt | | | | |
| 2. Bank of America Account | A | Interest | J | T | Exempt | | | | |
| 3. Discover Savings Account | B | Int./Div. | K | T | Exempt | | | | |
| 4. Rental Property, Kansas City, Missouri ($170,000 -2007) | E | Rent | M | R | Exempt | | | | |
| 5. Mass. Mutual Variable Life Policy - Oppenheimer Cap Appr Div | A | Int./Div. | J | T | Exempt | | | | |
| 6. Mass. Mutual Variable Life -Fidelity VIP Contrafund Division | A | Int./Div. | J | T | Exempt | | | | |
| 7. Mass. Mutual Variable Life Policy -MML Equity Index Division | A | Int./Div. | J | T | Exempt | | | | |
| 8. 457(b) Plan #1 | | | | | | | | | |
| 9. - American Century Value Fund | | None | J | T | Exempt | | | | |
| 10. - Drey Appreciation Fund | | None | J | T | Exempt | | | | |
| 11. - Northwestern Fund D | | None | J | T | Exempt | | | | |
| 12. - Northwestern International Index A | | None | J | T | Exempt | | | | |
| 13. - American Centruy International Disc | | None | J | T | Exempt | | | | |
| 14. Vanguard Total Stock Market Index Fund (IRA) | A | Dividend | J | T | Exempt | | | | |
| 15. T.Rowe Price Small Cap Value Fund (IRA) | A | Dividend | K | T | Exempt | | | | |
| 16. 457(b) Plan #2 | | | | | | | | | |
| 17. - ING Black Rock Large Cap Gr Port - Inst. | | None | J | T | Exempt | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

# FINANCIAL DISCLOSURE REPORT
Page 5 of 8

**Name of Person Reporting**

Phillips, Mary E.

**Date of Report**

06/07/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - ING Templeton Foreign Equity Port - Inst. | | None | J | T | Exempt | | | | |
| 19. IRA Account #1 | | | | | | | | | |
| 20. -T. Rowe Price Retirment Fund (2035) | | None | M | T | Exempt | | | | |
| 21. IRA Account #2 | | | | | | | | | |
| 22. -Buffalo Fund - Midcap Fund | A | Dividend | K | T | Exempt | | | | |
| 23. - Century Cap Management Small Cap Select | A | Dividend | K | T | Exempt | | | | |
| 24. - T. Rowe Price Intl. Emerging Markets Fund | A | Dividend | K | T | Exempt | | | | |
| 25. - Vanguard Target Retirement Fund (2035) | B | Dividend | L | T | Exempt | | | | |
| 26. 457 (b) Plan #3 - MO 2035 Fund | | None | L | T | Exempt | | | | |
| 27. Vanguard Select Value Fund | A | Dividend | K | T | Exempt | | | | |
| 28. Brokerage Acct #1 | | | | | | | | | |
| 29. - Berkshire Hathaway B | A | Dividend | K | T | Exempt | | | | |
| 30. - American Funds - Growth Fund of America | A | Dividend | K | T | Exempt | | | | |
| 31. - Clipper Fund | A | Dividend | K | T | Exempt | | | | |
| 32. - Dodge & Cox Stock Fund | A | Dividend | K | T | Exempt | | | | |
| 33. - Greenspring Fund | A | Dividend | K | T | Exempt | | | | |
| 34. - Harbor Fund Bond Institutional | A | Dividend | K | T | Exempt | | | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
## Page 6 of 8

Name of Person Reporting

Phillips, Mary E.

Date of Report

06/07/2011

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Jenson Portfolio Fund, Cl J shares | A | Dividend | L | T | Exempt | | | | |
| 36. - Loomis Sayles Bond Fund Retail | A | Dividend | J | T | Exempt | | | | |
| 37. - Matthew Pacific Tiger | A | Dividend | L | T | Exempt | | | | |
| 38. - Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Exempt | | | | |
| 39. - Vanguard Tax Managed Capital Appreciation Fund | A | Dividend | K | T | Exempt | | | | |
| 40. - Vanguard Primecap Core Fund | A | Dividend | K | T | Exempt | | | | |
| 41. - Vanugard Tax Managed Small Cap Fund | A | Dividend | K | T | Exempt | | | | |
| 42. Adorn Inc.(2007) | | None | K | W | Exempt | | | | |
| 43. Om Financial Fixed Index Annuity-Prosperity Plus | A | Int./Div. | J | T | Exempt | | | | |
| 44. National Western Life Ins. Equity Indexed Annuity | A | Int./Div. | K | T | Exempt | | | | |
| 45. Alcatel Lucent | | None | J | T | Exempt | | | | |

| 1. Income Gain Codes: (See Columns D1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 06/07/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Phillips, Mary E. | 06/07/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature __Mary Elizabeth Phillips__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

---

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 81 | 000 | Notes payable to banks-secured | | | |
| U.S. Government securities | | | | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 808 | 957 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | 56 | 800 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 306 | 860 |
| Real estate owned – see schedule | | 520 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 30 | 000 | | | | |
| Cash value-life insurance | | 10 | 208 | | | | |
| Other assets itemize: | | | | | | | |
| Thrift Savings Plan | | 73 | 416 | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 306 | 860 |
| | | | | Net Worth | 1 | 273 | 521 |
| Total Assets | 1 | 580 | 381 | Total liabilities and net worth | 1 | 580 | 381 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor | | | | Are any assets pledged? (Add schedule) | No | | |
| On leases or contracts | | | | Are you defendant in any suits or legal actions? | Yes | | |
| Legal Claims | | | | Have you ever taken bankruptcy? | No | | |
| Provision for Federal Income Tax | | | | | | | |
| Other special debt | | | | | | | |